

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,581-01

### EX PARTE DEMONTRELL LAMAR MILLER

## ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS FROM CAUSE NO. 241-1251-08 IN THE 241ST DISTRICT COURT SMITH COUNTY

*Per curiam*.

### O R D E R

This is an application for a writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure Article 11.071.

In November 2009, a jury found applicant guilty of the offense of capital murder committed on June 1, 2008. The jury answered the special issues submitted pursuant to Texas Code of Criminal Procedure Article 37.071, and the trial court, accordingly, set applicant's punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Miller v. State*, No. AP-76,270 (Tex. Crim. App. May 23, 2012).

Applicant presents five allegations in his application in which he challenges the validity of his conviction and resulting sentence. The trial court did not hold an evidentiary hearing. The trial court entered findings of fact and conclusions of law recommending that the relief sought be denied.

This Court has reviewed the record with respect to the allegations made by applicant. We agree with the trial judge's recommendation and adopt the trial judge's findings and conclusions. Based upon the trial court's findings and conclusions and our own review, we deny relief.

IT IS SO ORDERED THIS THE 15th DAY OF APRIL, 2015.

DO NOT PUBLISH